**Ulda C. BERRETTA, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 11–72504.

United States Court of Appeals, Ninth Circuit.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted Nov. 13, 2012.*

Filed Nov. 19, 2012.

Shan Potts, Law Offices of Larry W. Smith, Los Angeles, CA, for Petitioner.

Oil, Nancy Naseem Safavi, Trial, U.S. Department of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: CANBY, TROTT, and W. FLETCHER, Circuit Judges.

MEMORANDUM **

Ulda C. Berretta, a native and citizen of Guatemala, petitions for review of the Board of Immigration Appeals' ("BIA") order denying her motion to remand, and dismissing her appeal from an immigration judge's decision denying her motion to terminate proceedings and ordering her removed. We have jurisdiction under 8 U.S.C. § 1252. We review the BIA's denial of a motion to remand for abuse of discretion, *Movsisian v. Ashcroft*, 395 F.3d 1095, 1097–98 (9th Cir.2005), and we deny the petition for review.

The BIA did not abuse its discretion in denying Berretta's motion to remand, where she failed to comply with the requirements set forth in *Matter of Lozada*, 19 I. & N. Dec. 637, 639, 1988 WL 235454 (BIA 1988), and the ineffective assistance she alleges is not plain on the face of the

record. *See Reyes v. Ashcroft,* 358 F.3d 592, 597–99 (9th Cir.2004).

**PETITION FOR REVIEW DENIED.**

Edward Earl Wiggers, Esquire, U.S. Department of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: CANBY, TROTT, and W. FLETCHER, Circuit Judges.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

